**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kevin Mark Von Feldt<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–3002<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Western District of Wisconsin www.wiwb.uscourts.gov | | |
| Case number: | 1–25–11101–cjf | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kevin Mark Von Feldt

4/7/26

**By the court:** Catherine J. Furay
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Wisconsin

In re:
Kevin Mark Von Feldt
Debtor

Case No. 25-11101-cjf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0758-1 User: eADIuser Page 1 of 2
Date Rcvd: Apr 07, 2026 Form ID: 318 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Mark Von Feldt, 2609 N Cty Rd F, Birchwood, WI 54817-3118 |
| 5214077 | + | Indianhead Foodservice Distributor Inc., 313 N Hasting Place, Eau Claire, WI 54703-3440 |
| 5214079 | | JP Morgan Chase Bank, LA4-7100 700 Kansas Ln, Monroe, LA 71203 |
| 5214078 | + | Jenny Von Feldt, 911 Whitetail St, Rice Lake, WI 54868-2076 |
| 5214081 | + | Multimedia Holdings Corp, 8811 Olson Memorial Hwy, dba KARE-TV, Minneapolis, MN 55427-4762 |
| 5214083 | + | Reinhart Food Service LLC, 100 Harborview Plaza Suite 200, La Crosse, WI 54601-4291 |
| 5214084 | + | Sec Transition - Collins Electrical Cons, 100 185th St, Hammond, WI 54015-5501 |
| 5214086 | | Steve Demars, c/o Attorney Andrew Nelson, Nelson & Lindquist SC, 600 Third Street, Hudson, WI 54016-1633 |
| 5214085 | + | Steve Demars, 2202 26th Ave, Rice Lake, WI 54868-9773 |
| 5214087 | + | The Boelter Companies, Inc, N22 W23685 Ridgeview Parkway W, Waukesha, WI 53188-1013 |
| 5214088 | + | The Star Tribune, 425 Portland Avenue, Minneapolis, MN 55488-1511 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5214071 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 07 2026 19:27:00 | American Honda Finance Corp, 2170 Point Blvd, PO Box 5308, Elgin, IL 60121 |
| 5214072 | + | EDI: CAPITALONE.COM | Apr 07 2026 23:29:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5214073 | | EDI: CITICORP | Apr 07 2026 23:29:00 | Citi Bank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5214074 | + | EDI: WFNNB.COM | Apr 07 2026 23:29:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5214075 | + | EDI: DISCOVER | Apr 07 2026 23:29:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5214076 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 07 2026 19:27:00 | FNBO, PO Box 3128, Omaha, NE 68103 |
| 5214068 | | EDI: IRS.COM | Apr 07 2026 23:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5214080 | + | Email/Text: kmksc@kmksc.com | Apr 07 2026 19:27:00 | Kohner Mann & Kailas SC, 4650 N Port Washington Bldg 2nd Floor, Milwaukee, WI 53212-1991 |
| 5214069 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Apr 07 2026 19:27:00 | New York Department of Revenue, PO Box 5300, Albany, NY 12205-0300 |
| 5214082 | + | EDI: AGFINANCE.COM | Apr 07 2026 23:29:00 | One Main Financial, PO Box 3662, Evansville, IN 47735-3662 |
| 5228538 | + | Email/Text: ssa.bankruptcy@ssa.gov | Apr 07 2026 19:27:00 | Social Security Administration, 601 East Twelfth Street, Kansas City MO 64106-2859 |
| 5214066 | + | Email/Text: USTPRegion11.MD.ECF@usdoj.gov | Apr 07 2026 19:27:00 | U.S. Trustee, 780 Regent Street, Suite 304, Madison, WI 53715-1292 |
| 5214067 | | Email/Text: dojbankruptcynoticegroup@doj.state.wi.us | | |

| | | | |
|---|---|---|---|
| | | Apr 07 2026 19:27:00 | Attorney General, 17 W. Main, P.O. Box 7857, Madison, WI 53707-7857 |
| 5214070 | + EDI: WISCDEPREV.COM | Apr 07 2026 23:29:00 | Wisconsin Department of Revenue, c/o Special Procedures Unit, 2135 Rimrock Road, Madison, WI 53713-1443 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Steve Demars, 2202 26th Avenue, Rice Lake, WI 54868-9773 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deanne M. Koll | on behalf of Creditor Steve Demars dkoll@bakkenorman.com anocchi@bakkenorman.com |
| Evan M. Swenson | on behalf of Debtor Kevin Mark Von Feldt evan@swensonlawgroup.com bridget@swensonlawgroup.com;nicole@swensonlawgroup.com |
| Mark J. Wittman | wittman@tznet.com trusteewittman@gmail.com;WI07@ECFCBIS.COM |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 4